[No. 29159-2-II. Division Two. November 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HIRAM S. DEJESUS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-06248-6, Kathryn J. Nelson and Brian M. Tollefson, JJ., entered June 28, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 29278-5-II. Division Two. November 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WILLIAM NEWCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01216-9, Thomas Felnagle, J., entered August 20, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 29317-0-II. Division Two. November 12, 2003.]

KEVIN WALL, ET AL., *Appellants*, v. OLYMPIC VISTA DEVELOPMENT, INC., ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 6, 2004. See 120 Wn. App. 1036.

[No. 29521-1-II. Division Two. November 12, 2003.]

TEAMSTERS UNION LOCAL NO. 313, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-00435-0, Daniel J. Berschauer, J., entered October 25, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Armstrong, JJ. Now published at 119 Wn. App. 478.